United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE

WILLIE HAMPTON,

    Petitioner.

_____/

No. CR-86-0444 CAL/EMC

**ORDER DENYING PETITIONER'S MOTION FOR AN ORDER AUTHORIZING THE UNITED STATES PROBATION OFFICE TO RELEASE "REQUESTED PROBATION RECORDS [AND] LAB-TEST"**

**(Docket No. 151)**

    Petitioner Willie Hampton requests that the Court order the United States Probation Office to release "requested probation records [and] lab test" to the petitioner pursuant to 5 U.S.C. § 151(1)(b). Petitioner's Motion for an Order ("Motion"), Docket No. 151 at 1-2. Mr. Hampton requests these documents due to their potential relevance in litigation he is prosecuting in the Northern District of Mississippi, relating to an appeal captioned *In re: Willie Hampton*, No. 14-60248 (5th Cir. 2014). Motion at 2.

## I.   BACKGROUND

    On October 4, 2013, Mr. Hampton wrote to the Northern District of California Probation Office, requesting: (1) lab test records; (2) times and dates that these tests were done; (3) the dates on which his probation began and ended; and (4) the time of day he was "assigned to call end each day." Motion at 5. Mr. Hampton made his request pursuant to California Government Code §§ 6250-68 and the Freedom of Information Act ("FOIA"). On November 22, 2013, the probation office responded to his letter, explaining that California statutes "have no jurisdiction over United States Courts" and that federal courts are exempt from FOIA. Motion at 4. The probation office advised Mr. Hampton to request the release of court records from this Court and to direct any FOIA

requests to the U.S. Parole Commission in Washington, D.C. *Id.* Mr. Hampton, proceeding pro se, moved this Court for an order authorizing the probation office to release "Requested Probation Records & Lab-Test."

## II. DISCUSSION

This Court is not subject to FOIA. *See* 5 U.S.C. § 551(1)(B). As discussed in the probation office's letter to Mr. Hampton, Mr. Hampton may request probation-related documents to which he may be entitled under FOIA from the Parole Commission by sending a request to:

> Anissa Hunter Banks
> FOIA/PA Specialist
> United States Parole Commission
> 90 K Street, NE, Third Floor
> Department of Justice
> Washington, D.C. 20530
> (202) 346-7000

Nevertheless, in the course of researching Mr. Hampton's Motion, the Court reviewed Mr. Hampton's court file in his criminal case. Although Mr. Hampton has not stated any basis for jurisdiction and has not articulated any legal basis for an order compelling the release of his records, as a matter of courtesy, the Court will provide copies of certain documents from Mr. Hampton's court case file that appear potentially responsive to Mr. Hampton's request. The Court will send by mail to Mr. Hampton: (1) requests for fingerprinting, which were requested on April 24, 1986; (2) a pretrial services report dated May 16, 1986; and (3) a presentence report dated December 8, 1986.

To the extent that Mr. Hampton requires copies of his other documents from court records (as distinct from records from the U.S. Probation Office), the Court attaches to this order a form through which Mr. Hampton may request copies from the Clerk of Court.

The Court otherwise **DENIES** Mr. Hampton's motion.

This order disposes of Docket No. 151.

IT IS SO ORDERED.

Dated: October 10, 2014

_____
EDWARD M. CHEN
United States District Judge